**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION**

IN RE:  Case No. 16-10962-TPA
Chapter 13

DAVID P BALASKI
DBA CONNEAUT LAKE BOAT DOCTOR
AKA CONNEAUT LAKE BOAT DOCTOR

Debtor(s).

## NOTICE OF APPEARANCE

**M&T Bank**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By: _/s/ Christopher M. McMonagle, Esquire_
Christopher M. McMonagle, Esquire,
Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 19th day of June, 2018, to the following:

John E. Nagurney
Attorney Nagurney Cottage
12063 Midway Drive
Conneaut Lake, PA 16316
*Attorney for Debtor(s)*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter 13 Trustee*

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

David P Balaski
dba Conneaut Lake Boat Doctor
aka Conneaut Lake Boat Doctor
3669 Atlantic Lake Rd
Atlantic, PA 16111
*Debtor(s)*

                By:    */s/Christopher M. McMonagle, Esquire*