IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/27/18 4:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-10962-TPA |
| David P Balaski | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 6/27/2018 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:**    #33 Obj. to the Notice of Post-Petition Fees, Expenses and Charges
　　　　　　　　#37 Resp by M&T Bank

**APPEARANCES:**
　　　　Debtor:　　John E. Nagurney (no appearance)
　　　　Trustee:　　Owen Katz
　　　　M&T:　　　James Warmbrodt (Video)

**NOTES:**

Warmbrodt:　　M&T Bank is no longer pursuing the $950 in the Notice of Post-Petition Fees. Gave concerns with the loan history.

Katz:　　Proposed order gives them 60 days.

**OUTCOME:**　　GRANTED / The Court's standard 21-day Order to be issued.

ljm